LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 14-08649 BRO (JCx) | Date | February 3, 2015 |
|---|---|---|---|
| Title | JEFFREY SWARTZ V. NATIONSTAR MORTGAGE, LLC ET AL. | | |

Present: The Honorable **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE FAILURE TO OPPOSE

    Pending before the Court are Defendants Nationstar Mortgage, LLC, JP Morgan Chase Bank, and TFLG, a Law Corporation's motions to dismiss Plaintiff Jeffrey Swartz's complaint. (Dkt. Nos. 14, 20, 25.) When Defendants filed their motions, they set the hearing date for February 23, 2015. (*See id.*) Under the Court's Local Rule 7-9, a party must oppose a motion at least 21 days prior to the scheduled hearing date. C.D. Cal. L.R. 7-9. Accordingly, Plaintiff's opposition to Defendants' motions was due no later than February 2, 2015. Yet as of today, Plaintiff has filed no opposition. Pursuant to the Court's Local Rule 7-12, failure to file an opposition "may be deemed consent to the granting . . . of the motion." C.D. Cal. L.R. 7-12.

    Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** why Defendants' motions should not be granted. Plaintiff's response to this order to show cause must be filed **no later than Friday, February 6, 2015, at 4:00 p.m.** An appropriate response to this order will include reasons demonstrating good cause for Plaintiff's failure to file an opposition to Defendants' motions.

    **IT IS SO ORDERED.**

:

Initials of Preparer     rf